Docket No. 14-1010

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Monster Daddy LLC, ............................................................................................ Appellant,

v.

Monster Cable Products, Inc.,
Monster, LLC, and West Coast Customs, Inc. ................................................... Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

## NOTICE OF DISTRICT COURT ACTION

Pursuant to the Court's order of January 10, 2015 (ECF No. 15), the parties hereby notify the Court that the district court issued its ruling on attorneys' fees on January 16, 2015. The parties note that any motion for reconsideration under Fed. R. Civ. P. 59 must be filed on or before February 13, 2015. Accordingly, the parties respectfully request that the case remain in abeyance until it is clear that neither party intends to file a Rule 59 motion or, if one or both parties files a Rule 59 motion, until the district court has ruled on that motion.

*Signature page follows.*

Respectfully submitted,

/s/ Theodore H. Davis Jr.

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
404-815-6534
Email: TDavis@KilpatrickTownsend.com

/s/ Richard R. Gleissner
Richard R. Gleissner, Esquire
US District Court # 5389
Gleissner Law Firm, L.L.C.
1237 Gadsden Street, Suite 200A
Columbia, South Carolina 29201
(803) 787-0505
Email: Rick@Gleissnerlaw.com

*Attorneys for Appellant Monster Daddy LLC*

s/Kirsten E. Small
Kirsten E. Small
Marguerite S. Willis
Sara C. Kanos
Nexsen Pruet, LLC
P.O. Drawer 10648
Greenville, SC 29603
(864) 370-2211
ksmall@nexsenpruet.com

*Attorneys for Appellees Monster Cable Products, Inc., Monster LLC, and West Coast Customs Inc.*

Greenville, South Carolina
January 24, 2015